IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| AJAMU EL-AMIN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DENNIS ANDERSON, POLK COUNTY SHERIFF,<br><br>　　　　Defendant. | No. 10-27 EJM<br><br>ORDER |

This matter is before the court on a Complaint filed by plaintiff on March 1, 2010.

Plaintiff brings this action seeking redress for the claimed deprivation of his constitutional rights pursuant to 42 USC §1983. The court has jurisdiction based on 28 USC §1331. It appears the defendant is located in the Southern District of Iowa where the events giving rise to the claim arose. Accordingly, venue in this district is not proper. 28 USC §1391(b). It appearing venue is proper in the Southern District of Iowa, this case shall be transferred to the United States District Court for the Southern District of Iowa. 28 USC §1404(a); 28 USC §1406(a).

It is therefore

ORDERED

This matter is transferred to the US District Court for the Southern District of Iowa.

March 18, 2010.

_____
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT